UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | Criminal No. M-22-215 |
| BALDEMAR CARDENAS | § | |

## SEALED CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about January 27, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BALDEMAR CARDENAS**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).


JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY